IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT L. PARMENTER,
ADC #658817                                                                                           PLAINTIFF

v.                                           4:21CV00048-SSW-JTK

DEXTER PAYNE, et al.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 9th day of February, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1